UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD J. DROGOSCH,

       Plaintiff,                           Case No: 05-CV-60071

  -vs-                                          Hon. JOHN CORBETT O'MEARA
                                                  Magistrate Judge Scheer

TIM METCALF, RYAN LANDRY,
KEVIN GILLIAM, LT. PANACKIA,
MICHAEL LONG and JOHN LAZARSKI,
in their Individual Capacities, and
WAYNE COUNTY, Jointly and Severally

       Defendants.
_____/

**ORDER DENYING PLAINTIFF'S EX-PARTE MOTION TO EXCEED
PAGE LIMITATION IN THE BRIEFS IN SUPPORT OF PLAINTIFF'S RESPONSES
TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

      This matter having come before the Court upon Plaintiff's Ex-Parte Motion to Exceed Page Limitation in the Brief in Support of Plaintiff's Responses to Defendants' Motions for Summary Judgment, and the Court being fully advised in the premises;

      IT IS HEREBY ORDERED, that Plaintiff's Ex-Parte Motion to Exceed the Page Limitation in the Brief in Support of Plaintiff's Responses to Defendants' Motions for Summary Judgment is DENIED.

      IT IS FURTHER ORDERED, that the Clerk is directed to strike Plaintiff's responses to Defendants' Motions for Summary Judgment (D/E 118) and (D/E 119).

      SO ORDERED.

                                                                            s/John Corbett O'Meara
                                                                            United States District Judge

Dated: February 09, 2007