UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD J. DROGOSCH,

    Plaintiff,                                       Case No. 05-60071

v.                                                   Honorable John Corbett O'Meara

TIM METCALF, RYAN LANDRY, KEVIN
GILLIAM, LT. PANACKIA, MICHAEL
LONG, and JOHN LAZARSKI, in their
individual capacities, and WAYNE COUNTY,

    Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT LAZARSKI'S MOTION TO TAX COSTS

Before the Court is Defendant Lazarski's motion to tax costs, filed September 04, 2007. Plaintiff filed a response in opposition to the motion on September 20, 2007. Defendant's reply was filed on September 27, 2007.

Local Rule 54.1 provides,

> A party seeking costs must file a bill of costs not later than 28 days after the entry of judgment. The clerk will tax costs under Fed. R. Civ. P. 54(d)(1) as provided in the Bill of Costs Handbook available from the clerk's office and the court's web site.

In addition, the court's Bill of Costs Handbook states in part,

> Before any bill of costs is taxed, it must be submitted on the proper form.
>
> It is counsel's responsibility to serve opposing counsel, provide the court with a certificate of service and attach a separate itemization **and the documentation to support the claims made**. Documentation may include receipts, orders and stipulations of the parties.

Therefore, IT IS HEREBY ORDERED that Defendant Lazarski's motion to tax costs is DENIED without prejudice. Defendant Lazarski shall file a bill of costs using the proper form contained in the court's Bill of Costs Handbook, and provide the necessary documentation to support the claims made.

s/John Corbett O'Meara
United States District Judge

Date: January 09, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 10, 2008, by electronic and/or ordinary mail.

s/William Barkholz
Case Manager